

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES REYNOLDS<br>    LA. DOC #590597<br>VS. | CIVIL ACTION NO. 3:12-cv-2991<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| LASALLE MANAGEMENT<br>CO., LLC | MAGISTRATE JUDGE HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' Motion, [doc. # 40], is **GRANTED IN PART**, and that Plaintiff's Complaint, [doc. # 16], is **DISMISSED WITHOUT PREJUDICE**, subject to Plaintiff's right to reinstate the action within thirty (30) days upon a showing of good cause.

THUS DONE AND SIGNED in chambers, this 27th day of October 2014, Alexandria, Louisiana.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE